IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MICHAEL A. LEE,  :

    Petitioner,

v.  :  Case No. 3:15-cv-244

RHONDA RICHARDS, Warden,  :  JUDGE WALTER H. RICE
Madison Correctional Institution,

    Respondent.  :

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #13); OVERRULING PETITIONER'S RENEWED MOTION FOR CERTIFICATE OF APPEALABILITY, WHICH HAS BEEN DOCKETED AS A NOTICE OF APPEAL (DOC. #11)

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael R. Merz, in his Report and Recommendations, Doc. #13, as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing, and OVERRULES Petitioner's Renewed Motion for a Certificate of Appealability, docketed by the Clerk as a Notice of Appeal, Doc. #11.  The Court notes that, although Petitioner was notified of his right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections have been filed within the time allotted.

Date: November 14, 2016

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE

2